Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ABULLARADE,<br><br>                Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Defendants. | CASE NO. 4:21-cv-05384-DMR<br>*Hon. Donna M. Ryu*<br><br>**ORDER (AS MODIFIED) REGARDING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: July 14, 2021 |

Pursuant to the Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Complaint up to and including October 26, 2021 and Initial Case Management Conference, and for good cause appearing, it is ordered that the Initial Case Management Conference and related dates are extended as follows:

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement: October 27, 2021.

- Initial Case Management Conference: November 3, 2021 at 1:30 p.m. in Oakland, - by video conference only.

**IT IS SO ORDERED AS MODIFIED.**

Date: <u>September 30, 2021</u>

By: _____
Honorable Donna M. Ryu
United States Magistrate Judge



CASE NO.  4:21-cv-05384-DMR
ORDER (AS MODIFIED) REGARDING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071